[No. 57156-7-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN D. BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00470-0, Julie Spector, J., entered October 17, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57214-8-I.   Division One.   January 29, 2007.]

KATHIE COSTANICH, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23203-1, Richard McDermott, J., entered October 13, 2005. *Reversed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Cox, J. Now published at 138 Wn. App. 547.

[No. 57217-2-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. T.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-01595-2, Suzanne M. Barnett, J., entered October 28, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57281-4-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MEHMET H. OCAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10031-1, Theresa B. Doyle, J., entered September 20, 2005. *Reversed* by unpublished per curiam opinion.